**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL LIPESKY AND LESLIE DELL,    :  No. 790 MAL 2016
:
        Respondents    :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
       v.             :
:
:
JAMES A. MAHAN,         :
:
        Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.